PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00173 JLT-SKO |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO SET TRIAL DATE AND EXCLUDE TIME; AND ORDER |
| v. | |
| JESUS GONZALEZ-BURGOS, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez counsel for plaintiff, Assistant Federal Defender Reed Grantham, counsel for Jesus Gonzalez-Burgos, Eric Schweitzer, counsel for Gabriel Nunez Gomez, and Nicholas Reyes, counsel for Jose Gutierrez Rubalcalva, Jr., that the status conference currently scheduled for November 16, 2022, at 1:00 p.m. may be vacated, and a trial date be set for September 5, 2023 at 8:30 a.m. There is good cause to set this trial date and exclude time as set forth below.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on November 16, 2022.

2.      By this stipulation, the parties now move to vacate the status conference, set a trial date for September 5, 2023, at 8:30 a.m., and to exclude time between November 16, 2022, and September 4,

STIPULATION AND PROPOSED ORDER    1

2023.

3. The parties agree and stipulate, and request that the Court find the following:

a) The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and several gigabytes of electronic data.

b) Counsel for the defendants' desire additional time to review discovery, conduct any necessary investigation, and in the meantime to continue to confer with their respective clients and the government regarding a potential resolution of this matter.

c) The parties coordinated to find a trial date that fit all counsels' schedules.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the requested trial date.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2022 to September 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

*Date:* November 10, 2022             */s/ Kimberly Sanchez*
                                      KIMBERLY SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff
                                      HEATHER E. WILLIAMS
                                      Federal Defender

*Date:* November 10, 2022             */s/ Reed Grantham*
                                      REED GRANTHAM
                                      Assistant Federal Defender
                                      Attorney for
                                      JESUS GONZALEZ-BURGOS

*Date:* November 10, 2022             */s/ Eric Schweitzer*
                                      ERIC SCHWEITZER
                                      Attorney for
                                      GABRIEL NUNEZ GOMEZ

*Date:* November 10, 2022             */s/ Nicholas Reyes*
                                      NICHOLAS REYES
                                      Attorney for
                                      JOSE GUTIERREZ RUBALCALVA, JR.

**ORDER**

IT IS SO ORDERED that the status conference set for November 16, 2022, is vacated. A jury trial is set for **September 5, 2023, at 9:00 a.m. before District Judge Jennifer L. Thurston**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 15, 2022**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE