HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESUS GONZALEZ-BURGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS GONZALEZ-BURGOS,<br><br>Defendant. | Case No. 1:20-cr-00173-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date: February 26, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Jesus Gonzalez-Burgos, that the sentencing hearing currently scheduled for February 5, 2024, at 10:00 a.m. may be continued to February 26, 2024, at 10:00 a.m.

Mr. Gonzalez-Burgos entered a plea of guilty to Count One of the Indictment on October 2, 2023. *See* Dkt. #89. The matter was then scheduled for sentencing on February 5, 2024. *See* Dkt. #89. Since then, Mr. Gonzalez-Burgos has interviewed with the assigned probation officer who will be preparing the Presentence Investigation Report (PSR). However, because it would be beneficial for the assigned probation officer to have additional time to prepare the PSR in this matter, and because counsel for Mr. Gonzalez-Burgos requires additional time to obtain documents relevant for sentencing and to be adequately prepared for sentencing, the parties are

1  requesting that sentencing be continued in this matter. Accordingly, the parties are requesting a
2  brief continuance of sentencing from Monday, February 5, 2024, to Monday, February 26, 2024.
3      The government does not oppose the continuance of the sentencing in this matter to the
4  date proposed herein. The requested continuance is made with the intention of conserving time
5  and resources for both the parties and the Court. The government is in agreement with this
6  request and the requested date is a mutually agreeable date for all parties. As this is a sentencing
7  hearing, no exclusion of time is necessary.

                    Respectfully submitted,

                    PHILLIP A. TALBERT
                    United States Attorney

Date: December 7, 2023          */s/ Kimberly Sanchez*
                    KIMBERLY SANCHEZ
                    Assistant United States Attorney
                    Attorney for Plaintiff

                    HEATHER E. WILLIAMS
                    Federal Defender

Date: December 7, 2023          */s/ Reed Grantham*
                    REED GRANTHAM
                    Assistant Federal Defender
                    Attorney for Defendant
                    JESUS GONZALEZ-BURGOS

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, February 5, 2024, at 10:00 a.m. be continued to Monday, February 26, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **December 7, 2023**

UNITED STATES DISTRICT JUDGE