1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JESUS GONZALEZ-BURGOS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00173-JLT-SKO
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER**
13 | vs. | Date:  March 18, 2024
14 | JESUS GONZALEZ-BURGOS, | Time:  9:00 a.m.
   |                          | Judge: Hon. Jennifer L. Thurston
15 | Defendant. |

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Kimberly Sanchez, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Jesus Gonzalez-Burgos, that the sentencing

20 hearing currently scheduled for February 26, 2024, at 9:00 a.m. may be continued to March 18,

21 2024, at 9:00 a.m.

22         Mr. Gonzalez-Burgos entered a plea of guilty to Count One of the Indictment on October

23 2, 2023. *See* Dkt. #89. The matter was then scheduled for sentencing on February 5, 2024. *See*

24 Dkt. #89. Thereafter, at the request of probation, and to provide sufficient time and opportunity

25 to prepare the Presentence Investigation Report (PSR), sentencing was continued to February 26,

26 2024. *See* Dkt. #96. Herein, the parties are requesting that sentencing be continued to March 18,

27 2024, to avoid a scheduling conflict for government counsel and to provide counsel for Mr.

28 Gonzalez-Burgos sufficient time and opportunity to obtain documents relevant for sentencing.

1  Accordingly, the parties are requesting a brief continuance of sentencing from Monday, February
2  26, 2024, to Monday, March 18, 2024.
3        The requested continuance is made with the intention of conserving time and resources
4  for both the parties and the Court. The parties are in agreement with this request and the
5  requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no
6  exclusion of time is necessary.

7        Respectfully submitted,

8  
9        PHILLIP A. TALBERT
      United States Attorney

10

11  Date: February 22, 2024      */s/ Kimberly Sanchez*
      KIMBERLY SANCHEZ
12        Assistant United States Attorney
      Attorney for Plaintiff
13

14        HEATHER E. WILLIAMS
      Federal Defender
15

16  Date: February 22, 2024      */s/ Reed Grantham*
      REED GRANTHAM
17        Assistant Federal Defender
      Attorney for Defendant
18        JESUS GONZALEZ-BURGOS

19

20  **O R D E R**

21        IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, February
22  26, 2024, at 9:00 a.m. be continued to Monday, March 18, 2024, at 9:00 a.m.

23  
IT IS SO ORDERED.
24
25    Dated:  **February 22, 2024**                              
                            UNITED STATES DISTRICT JUDGE
26
27
28