PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00173-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JESUS GONZALEZ BURGOS, | |
| Defendant. | |

On December 12, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Jesus Gonzalez Burgos forfeiting to the United States the following property:

    a.    Approximately $5,390.00 in U.S. Currency.

Beginning on January 19, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

1

Final Order of Forfeiture

a. Alma Rosa Valencia: On January 22, 2024, a notice letter was sent via certified mail to Alma Rosa Valencia at 2443 S. Meridian Avenue, Fresno, CA 93725. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Luis Valencia. The USPS Tracking Results show delivery was made on January 26, 2024.

b. Luis Valencia: On January 22, 2024, a notice letter was sent via certified mail to Luis Valencia at 2443 S. Meridian Avenue, Fresno, CA 93725. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Luis Valencia and returned to the U.S. Attorney's Office on February 2, 2024. The USPS Tracking Results does not show when delivery was made.

c. Filomena Guzman: On January 22, 2024, a notice letter was sent via certified mail to Filomena Guzman at 2443 S. Meridian Avenue, Fresno, CA 93725. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Luis Valencia. The USPS Tracking Results show delivery was made on January 26, 2024.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Jesus Gonzalez Burgos, Alma Rosa Valencia, Luis Valencia, and Filomena Guzman:

a. Approximately $5,390.00 in U.S. Currency, plus any accrued interest.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this ___15th___ day of ___April___, 2024.

JENNIFER L. THURSTON
United States District Judge