**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00173 JLT SKO |
| Plaintiff, | ORDER DENYING MOTION FOR A REDUCTION OF SENTENCE |
| v. | (Doc. 135) |
| JESUS ALBERTO GONZALEZ BURGOS, | |
| Defendant. | |

Defendant Jesus Alberto Gonzalez-Burgos moves pro se for a reduction in his sentence under 18 U.S.C. § 3582(c)(2). The Office of the Federal Defender gave notice that it would not assume the representation (Doc. 133), and the government opposes the motion (Doc. 136). The Court determined that a hearing was not necessary and permitted Defendant to filed a pro se reply within thirty days. (Doc. 137.) Defendant did not file a reply.

In some circumstances, a defendant may request a reduction in his sentence if he has been sentenced to a term of imprisonment based on an advisory sentencing range that was later lowered by the United States Sentencing Commission. 18 U.S.C. § 3582(c)(2). The Court can grant a defendant's request to reduce his sentence under this provision if the requested reduction "is consistent with the applicable policy statements issued by the Sentencing Commission." *Id.* The applicable policy statement is found in section 1B1.10 of the Sentencing Guidelines. A reduction is consistent with the policy statement in that section only if the amendment is among

1

those listed in section 1B1.10(d).  *See* U.S.S.G. § 1B1.10(a).  Defendant's motion is based on amendments to the Sentencing Guidelines that went into effect in 2025.  (Doc. 135 at 1, 4–6.)  Those amendments are not listed in section 1B1.10(d), so a reduction would not be consistent with the Sentencing Commission's policy statement and cannot be granted under § 3582(c)(2).

The pro se motion for a sentencing reduction (Doc. 135) is therefore **DENIED**.

IT IS SO ORDERED.

Dated:    **May 4, 2026**

UNITED STATES DISTRICT JUDGE